The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review. All matters of procedure appear regular.

The judgment of the trial court is affirmed.

## DAVIS v. STATE.

No. 23423.

Court of Criminal Appeals of Texas.

May 29, 1946.

W. W. Holland, of Houston, for appellant.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of robbery by assault, and his punishment assessed at twenty-five years confinement in the penitentiary.

## DAVIS v. STATE.

No. 23424.

Court of Criminal Appeals of Texas.

May 29, 1946.

W. W. Holland, of Houston, for appellant.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for the burglary of a private residence at night under Article 1391, Penal Code, the punishment assessed being fifty years in the penitentiary.

The indictment properly charges the offense. No bills of exception or statement of facts appear in the record. In this condition, nothing is presented for review.

The judgment is affirmed.